

# NUMBER 13-25-00619-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JESUS MANUEL FARIAS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

## ON APPEAL FROM THE 370TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Justice West**

This cause is before the Court upon its own motion. On November 18, 2025, appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number CR-0465-25-G. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents before us, the trial court certified that appellant "voluntarily, knowingly, and intelligently waive[d] [his] right to appeal." *See* Tex. R. App. P.

25.2(a)(2). On November 19, 2025, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. Appellant's counsel has failed to respond to the Order or otherwise show that appellant has a right to appeal the judgment.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

JON WEST
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of February, 2026.

2